UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Frank C. Damrell, Jr.
United States District Judge
Sacramento, California

          RE:    RUSSELL, Eddie Joe
                Docket Number:  2:03CR00071-01
                **PERMISSION TO TRAVEL OUTSIDE**
                **THE CONTINENTAL UNITED STATES**

Your Honor:

The releasee is requesting permission to travel to Honolulu, Hawaii.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On June 16, 2003, Eddie Joe Russell was sentenced for the offense(s) of 21 USC 846 and 841(a)(1) - Conspiracy to Possess With Intent to Distribute and to Distribute Methamphetamine (Class A Felony).

**Sentence Imposed:**   43.5 months custody Bureau of Prisons; 60 months term of Supervised Release; $100 special assessment.

**Special Conditions:**   Search; Financial disclosure; Drug aftercare program; DNA testing; Mental health treatment; Register as drug offender.

**Dates and Mode of Travel:** April 25, 2008 thru April 29, 2008, via United Airlines.

**Purpose:**   To attend his daughter's wedding.

RE:    RUSSELL, Eddie Joe
       Docket Number:   2:03CR00071-01
       **PERMISSION TO TRAVEL OUTSIDE THE CONTINENTAL UNITED STATES**

                    Respectfully submitted,

                    /s/ Joseph N. Gama

                    **JOSEPH N. GAMA**
                    **United States Probation Officer**

Dated:    April 9, 2008
          Redding, California
          JNG:aph

                              /s/ Richard A. Ertola
**REVIEWED BY:**     _____
                    **RICHARD A. ERTOLA**
                    **Supervising United States Probation Officer**

===============================================================

**ORDER OF THE COURT:**

Approved:   __xxxx___              Disapproved:  _____

April 11, 2008                     _____
**Date**                           **HON. FRANK C. DAMRELL, JR.**
                                   **United States District Judge**

2

Rev. 05/2006
MEMO ~ COURT.MRG