PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.  ) | **Docket Number: 2:03CR00071-01** |
| ) | |
| **EDDIE JOE RUSSELL** ) | |
| ) | |

On June 10, 2005, the above-named was placed on Supervised Release for a period of 5 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Richard A. Ertola

**RICHARD A. ERTOLA
Supervising United States Probation Officer**

Dated:     January 20, 2009
           Redding, California
           RAE:aph

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:    Russell, Eddie Joe**
        **Docket Number:  2:03CR00071-01**
        **ORDER TERMINATING SUPERVISED RELEASE**
        **PRIOR TO EXPIRATION DATE**

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

February 11, 2009
**Date**

**HON. FRANK C. DAMRELL, JR.**
**United States District Judge**

RAE:aph
Attachment:   Recommendation
cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office